# Nebraska Court of Appeals Memorandum Opinions
# NOT Selected for Posting to Court Website

## (released the two weeks prior to December 31, 2019)

The following memorandum opinions were filed by the Nebraska Court of Appeals and can be viewed using SSCALES:

| | |
|---|---|
| A-18-1180 | Young v. Zobrist |
| A-19-256 | Fritz v. Wente |
| A-19-280 | Secord v. Kracht |
| A-19-464 | Applied Underwriters v. Doyle Signs |
| A-19-527 | Palomo v. Delgado |
| A-19-682 | In re Interest of Braelin B. |

The above-listed memorandum opinions can be viewed online through the appellate court case search available by subscription through Nebraska.gov: http://www.nebraska.gov/subscriber/.

Current subscribers to Nebraska.gov can search appellate court cases here: https://www.nebraska.gov/courts/sccales/.